FILED

SEP 2 3 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **1:25-cr-** 106 |
| **v.** | ) | |
| | ) | **Judge** TRM/MJD |
| | ) | |
| **JACKIE JAY LAY** | ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about April 27, 2022, in the Eastern District of Tennessee, the defendant, JACKIE JAY LAY, in connection with the acquisition of a firearm, namely, a SCCY Industries, 9mm pistol, bearing serial number C283917, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when, in fact, JACKIE JAY LAY was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

The Grand Jury further charges that on or about June 21, 2022, in the Eastern District of Tennessee, the defendant, JACKIE JAY LAY, in connection with the acquisition of a firearm, namely, a SCCY Industries, 9mm pistol, bearing serial number C346203, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when, in fact, JACKIE JAY LAY was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of any offense in violation of Title 18, United States Code, Sections 922(a)(6) or 924(a)(2) as set forth in Counts One and Two, the defendant, JACKIE JAY LAY, shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

a. One SCCY Industries, 9mm pistol, SN: C283917; and

b. One SCCY Industries, 9mm pistol, SN: C346203.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

then the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: Tammy O. Combs
Tammy O. Combs
Assistant U.S. Attorney